**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
William E. Camy, SBN 291397
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
CITY OF RANCHO CORDOVA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., Successor-in-Interest to Decedent MIKEL McINTYRE, by and through his Guardian Ad Litem CAS'SIUS HUDSON; BRIDGETT McINTYRE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RANCHO CORDOVA, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF RANCHO CORDOVA and COUNTY OF SACRAMENTO; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Sacramento County Sheriff's Department and/or Rancho Cordova Police Department,<br><br>Defendants.<br>_____/ | CASE NO. 2:18-cv-01830 WBS-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA AND ORDER**<br><br>Complaint Filed: 06/26/2018 |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice **as to DEFENDANT CITY OF RANCHO CORDOVA only**; each party to bear their own attorneys' fees and costs.

/ / /

{01912150.DOCX}  1
**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA AND ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

| | |
|---|---|
| Dated: November 1, 2018 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION<br><br>By /s/ *William E. Camy*<br>    Carl L. Fessenden<br>    William E. Camy<br>    Attorneys for City of Rancho |
| | LAW OFFICES OF JOHN L. BURRIS |
| Dated: November 1, 2018 | By /s/ *Melissa Nold*<br>    John L. Burris<br>    Adante Pointer<br>    Melissa Nold<br>    Attorneys for Plaintiff |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), Defendant CITY OF RANCHO CORDOVA is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 2, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE