| | |
|---|---|
| 1 | LONGYEAR & LAVRA, LLP |
| | Van Longyear, CSB No. 84189 |
| 2 | Nicole M. Cahill, CSB No. 287165 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: (916) 974-8500 |
| 4 | Facsimile: (916) 974-8510 |
| 5 | Attorneys for Defendant COUNTY OF SACRAMENTO |
| 6 | JOHN L. BURRIS, Esq., SBN 69888 |
| | ADANTE POINTER, Esq., SBN 236229 |
| 7 | MELISSA NOLD, Esq., SBN 301378 |
| | LAW OFFICES OF JOHN L. BURRIS |
| 8 | Airport Corporate Centre |
| | 7677 Oakport Street, Suite 1120 |
| 9 | Oakland, California 94621 |
| | Telephone: (510) 839-5200 |
| 10 | Facsimile: (510) 839-3882 |
| 11 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., SUCCESSOR-IN-INTEREST TO DECEDENT MIKEL MCINTYRE, BY AND THROUGH HIS GUARDIAN AD LITEM, CAS'SIUS HUDSON; BRIGETT MCINTYRE, AN INDIVIDUAL, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RANCHO CORDOVA, A MUNICIPAL CORPORATION; COUNTY OF SACRAMENTO, A MUNICIPAL CORPORATION; AND DOES 1-25, INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS POLICE OFFICERS FOR THE CITY OF RANCHO CORDOVA AND COUNTY OF SACRAMENTO; AND DOES 26-50, INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY AS EMPLOYEES FOR THE SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND/OR RANCHO CORDOVA POLICE DEPARTMENT, <br><br> Defendants. | Case No. 2:18-CV-01830-WBS-KJN <br><br> **STIPULATION AND ORDER RE: EXTENSION OF EXPERT DISCOVERY AND DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED BY THE PARTIES TO ACTION 2:18-CV-01830-WBS-KJN AS FOLLOWS:

On June 26, 2018, Plaintiffs filed an instant action against Defendant COUNTY OF SACRAMENTO.

On December 7, 2018, the court filed its Status (Pretrial Scheduling) Order setting forth the operative dates governing scheduling of events in this case. In its order, the court ordered expert disclosures under Federal Rule of Civil Procedure 26(a)(2) to take place by no later than November 1, 2019. Disclosure of rebuttal experts under Federal Rule of Civil Procedure 26(a)(2) on or before December 6, 2019. The court further ordered that all discovery, including all depositions, be completed by January 6, 2020.

The parties to this action have been working diligently through discovery and have a mediation currently set for October 16, 2019.

Given the foregoing, the parties have met and conferred and hereby stipulate to an extension of the expert discovery deadlines as follows:

1. Extend expert disclosure from November 1, 2019 to January 6, 2020.
2. Extend rebuttal expert disclosure from December 6, 2019 to February 3, 2020.
3. Extend close of expert discovery to February 17, 2020.
4. No change to any other scheduled date is currently sought.

It is hereby stipulated by and between the parties through their respective counsel of record that the expert discovery and discovery deadlines may be extended as set forth above, subject to approval of the court.

Dated: October 9, 2019     LONGYEAR & LAVRA, LLP

By: /s/ Nicole M. Cahill                    .
    VAN LONGYEAR
    NICOLE M. CAHILL
    Attorneys for Defendants

Dated: October 9, 2019										LAW OFFICES OF JOHN L. BURRIS

											By: /s/ Melissa C. Nold				.
												JOHN L. BURRIS
												ADANTE POINTER
												MELISSA C. NOLD
												Attorneys for Plaintiffs

# ORDER REGARDING EXTENSION OF EXPERT DISCOVERY AND DISCOVERY DEADLINES

Based upon the foregoing Stipulation of the parties and good cause appearing it is hereby ordered that:

1. Expert disclosures are now due on January 6, 2020.
2. Rebuttal expert disclosures are now due on February 3, 2020.
3. Close of expert discovery is now on February 17, 2020.
4. The close of fact discovery remains on January 6, 2020.

Dated: October 11, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nm.1830