# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., Successor-in-Interest to Decedent MIKEL MCINTYRE, by and through his Guardian Ad Litem CAS'SIUS HUDSON; BRIGETT MCINTYRE, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF RANCHO CORDOVA, a municipal corporation; COUNTY OF SACRAMENTO, a municipal corporation; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY of RANCHO CORDOVA and COUNTY OF SACRAMENTO; and DOES 26-50, inclusive, individually and in their official capacity as employees for the Sacramento County Sheriff's Department and/or Rancho Cordova Police Department,<br><br>　　　　　　　　　Defendants. | CASE NO.: 2:18-cv-1830 WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE PETITION AND ORDER TO COMPROMISE MINOR PLAINTIFF N.M.'S CLAIM UNDER SEAL** |

Good cause having been shown, the Court hereby grants Plaintiff leave to file under seal, Plaintiff's Petition and Order to Compromise Minor Plaintiff N.M.'s Claim, Bate Stamped "UNDER SEAL 001-020."

Dated: June 9, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE