**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff
N.M. by and through his Guardian Ad Litem CASSIUS HUDSON-BERNSTINE & BRIGETT McINTYRE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.M., et al.,<br><br>                   Plaintiffs,<br>      vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>                   Defendants. | CASE NO.:  2:18-cv-01830-WBS-KJN<br><br>**STIPULATION & ORDER TO DISMISS THE ENTIRE ACTION**<br><br>Honorable William B Shubb |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective designated counsel, that pursuant to the written Release and Settlement Agreement and FRCP 41(a)(1), Plaintiffs will dismiss the entire action with prejudice. It is further stipulated that all parties shall bear their own attorney's fees and costs.

　　　　IT IS SO STIPULATED.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: July 24, 2020  **THE LAW OFFICES OF JOHN L. BURRIS**

_____/s/ ADANTE D. POINTER_____
ADANTE D. POINTER
Attorney for Plaintiffs

Dated: July 24, 2020

_____/s/ VAN LONGYEAR_____
VAN LONGYEAR
Attorney for the Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>　　　　　　Defendants. | CASE NO.:  2:18-cv-01830-WBS-KJN<br><br>**ORDER TO DISMISS THE ENTIRE ACTION**<br><br>Honorable William B. Shubb |

### ORDER

　　Pursuant to the Stipulation by and between the parties and their respective counsels of record, this entire action is hereby dismissed with prejudice with each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

**Dated:  July 28, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE