**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Email: John.Burris@johnburrislaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

**MELISSA C. NOLD, Esq. SBN 301378**
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al. <br><br> Defendants. | CASE NO.: 2:18-cv-01830-WBS-KJN <br><br> **PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT** |

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

1

Petitioner CASSIUS HUDSON-BERNSTINE respectfully represents:

1. Petitioner CASSIUS HUDSON-BERNSTINE ("Ms. Hudson") is the natural mother of minor plaintiff N.M. She also has custody of minor plaintiff. Minor Plaintiff N.M. is the son of decedent MIKEL MCINTYRE.

2. Minor Plaintiff's causes of action arise out of the death of his father, Decedent MIKEL McINTYRE. The lawsuit in this matter alleges that on May 8, 2017, County of Sacramento Sheriff's Deputies unlawfully killed Decedent McINTYRE during their attempt to arrest him.

3. Minor Plaintiff N.M. was born in September 2016.

4. Minor Plaintiff N.M.'S action was compromised in June 2020.

5. N.M. is now 4 years old. He suffers from a medical condition and is currently enrolled in speech therapy. His teacher and/or therapist recommends that Ms. Hudson purchase a speech tablet to assist him with expressing himself.

6. To that end, Ms. Hudson wants to purchase a Speech Tablet that costs $599.99 from Gus Inc., an internet distributor of Speech Tablets. Gus Inc.'s Speech Tablets are geared toward assisting people with Autism, Aphasia, Down, Parkinson's disease and other medical conditions.[1] It will cost a total $619.99 for Ms. Hudson to purchase the tablet and have it shipped to her home.

7. The proposed disbursement contemplated herein will not deplete the funds in the blocked account nor will it require any disbursements from N.M.'s structured account.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2021

/s/ CASSIUS HUDSON
CASSIUS HUDSON

---

[1] https://gusinc.com/product/samsung10withcaseandttpro/

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

N.M., et al.,

    Plaintiffs,

vs.

COUNTY OF SACRAMENTO, et al.

    Defendants.

CASE NO.: 2:18-cv-01830-WBS-KJN

**ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT**

**ORDER**

**PURSUANT TO PLAINTIFF'S PETITION**, the Court hereby grants Petitioner Cassius Hudson request according to the terms of the petition herein:

THE COURT HEREBY ORDERS Wells Fargo Bank issue a cashier's check in the amount of $619.99 made payable to Cassius Hudson for the benefit of Minor Plaintiff N.M. from Wells Fargo Bank blocked account No.: XXX-XXX-6157 so that she may purchase a Speech Tablet for Minor Plaintiff N.M.

**IT IS SO ORDERED.**

Dated: June 8, 2021

NM.1830

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

3