**MELISSA C. NOLD, Esq. SBN 301378**
**NOLD LAW**
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.M., et al., | CASE NO.: 2:18-cv-01830-WBS-KJN |
| Plaintiffs, | |
| vs. | **PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT** |
| COUNTY OF SACRAMENTO, et al. | |
| Defendants. | Honorable William B Shubb |

Petitioner CASSIUS HUDSON-BERNSTINE respectfully represents:

1.   Petitioner CASSIUS HUDSON-BERNSTINE ("Ms. Hudson") is the natural mother of minor plaintiff N.M.  She also has sole custody of minor plaintiff.   Minor Plaintiff N.M. is the son of decedent MIKEL MCINTYRE.

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

1

2. Minor Plaintiff's causes of action arise out of the death of his father, Decedent MIKEL McINTYRE. The lawsuit in this matter alleges that on May 8, 2017, County of Sacramento Sheriff's Deputies unlawfully killed Decedent McINTYRE during their attempt to arrest him.

3. Minor Plaintiff N.M. was born in September 2016.

4. Minor Plaintiff N.M.'S action was compromised in June 2020.

5. N.M. is now 6 years old. He suffers from a severe developmental disability and currently receives a variety of supportive services.

6. N.M.'s services are provided at his home, where he currently shares a bedroom with his siblings.

7. N.M.'s doctor recommends that he have his own bedroom and/or treatment room in the home, to reduce the distractions and improve his functioning. (See Exhibit 1 – attached to this Declaration)

8. To that end, Ms. Hudson located a rental home that will provide N.M. his own bedroom, in order to support his doctor's recommendations.

9. The rental home requires a first months rent and a $4,000 security deposit.

10. Ms. Hudson has the necessary funds to provide her first month's rent and sufficient funds to support the ongoing monthly rent.

11. Ms. Hudson respectfully requests the one-time release of $4,000 from N.M.'s blocked account, to facilitate the move.

12. The proposed disbursement contemplated herein will not deplete the funds in the blocked account nor will it require any disbursements from N.M.'s structured account.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2022

/s/ CASSIUS HUDSON
CASSIUS HUDSON

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

2

**ORDER**

**PURSUANT TO PLAINTIFF'S PETITION**, the Court hereby grants Petitioner Cassius Hudson's request according to the terms of the petition herein:

THE COURT HEREBY ORDERS Wells Fargo Bank issue a cashier's check in the amount of $4,000.00, made payable to Cassius Hudson for the benefit of Minor Plaintiff N.M. from Wells Fargo Bank blocked account No.: XXX-XXX-6157 so that she may obtain a rental property that provided N.M. with his own bedroom.

**IT IS SO ORDERED.**

Dated:  September 28, 2022

nm.1830.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AND ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT
Case no. 18-cv-01830-WBS-KJN

3